I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/8/2011

DEPUTY CLERK

JS-6 Entered

*Filed stamps: CLERK, U.S. DISTRICT COURT, AUG -8 2011, CENTRAL DISTRICT OF CALIFORNIA; CLERK, U.S.D.C. SOUTHERN DIVISION, AUG -8 2011, CENTRAL DISTRICT OF CALIFORNIA*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIE THOMPSON,<br><br>    Petitioner,<br><br>vs.<br><br>DAVE LEWIS, Acting Warden,<br><br>    Respondent. | Case No. CV 10-8246-GHK (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/4/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE